**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour, Esq., CA Bar No. 285256
*mehrdad@bokhourlaw.com*
1901 Avenue of the Stars, Suite 920
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 675-0861

**FALAKASSA LAW, P.C.**
Joshua S. Falakassa, CA Bar No. 295045
*josh@falakassalaw.com*
1901 Avenue of the Stars, Suite 920
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN MARKS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY AND COMPANY, a New York Corporation; TIFFANY AND COMPANY U.S. SALES, LLC., a Delaware Limited Liability Company; and DOES 1-50, inclusive.<br><br>Defendants. | CASE NO.: 24-cv-08016-EMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION OF DISMISSAL OF THE ACTION WITHOUT PREJUDICE** |

---

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a). Having considered the filing, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. This action is DISMISSED without prejudice.
2. Each party shall bear its own attorneys' fees and costs.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: <u>February 25</u>, 2025

_____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE